**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01544-CR

**BRANDY NICHOLE CROWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-34211-X**

## ORDER

Before the Court is appellant's April 22, 2019 motion for extension of time to file her brief. We **GRANT** this motion.[1] Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    CORY L. CARLYLE
        JUSTICE

---

[1] We remind counsel of the specific requirements our rules place on motions to extend time. *See* Tex. R. App. P. 10.5(b) ("Contents of Motion in General. All motions to extend time, except a motion to extend time for filing a notice of appeal, must state: (A) the deadline for filing the item in question; (B) the length of the extension sought; (C) the facts relied on to reasonably explain the need for an extension; and (D) the number of previous extensions granted regarding the item in question.").